UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:09CV-20-R

MCI COMMUNICATIONS SERVICES, INC.,
A Delaware Corporation                                                          PLAINTIFF

VS.

JOHN CLARK, JR., d/b/a
CLARK EXCAVATING                                                                DEFENDANT

### RULE 26(a)(2) DISCLOSURES OF DEFENDANT JOHN CLARK, JR., d/b/a CLARK EXCAVATING

Comes the defendant, John Clark, Jr., d/b/a Clark Excavating, by and through counsel, and provides the following Rule 26(a)(2) disclosures in compliance with the orders of the Court.

1.   Mike Gardner, Hunter Martin & Associates, Inc.  Mr. Gardner will testify regarding a survey done on the area around where the line cut occurred.

> Respectfully submitted,
>
> BOEHL STOPHER & GRAVES, LLP
>
>
> /s/ Richard L. Walter
> Richard L. Walter
> Amy Harwood-Jackson
> 410 Broadway
> Paducah, KY 42001
> (270) 442-4369
> (270) 442-4689 fax
> rwalter@bsgpad.com
> aharwood@bsgpad.com
>
> ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2009, I electronically filed with the clerk of court by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to the following:

Hon. James A. Sigler
Hon. James R. Coltharp, Jr.
Whitlow Roberts Houston & Straub
PO Box 995
Paducah, KY  42002-0995


Hon. James A. Proszek
Hon. Anthony J. Jorgenson
Hon. Brandon B. Rule
Hall Estill Hardwick Gable Golden & Nelson
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706

                                                     /s/ Richard L. Walter
                                                    Richard L. Walter