UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:09-CV-00020-TBR

**MCI COMMUNICATIONS SERVICES, INC.**                              **PLAINTIFF**

**v.**

**JOHN CLARK, JR. d/b/a**
**CLARK EXCAVATING**                                                       **DEFENDANT**

**ORDER**

This matter having come before the Court upon Defendant's Motion to Amend Scheduling Order (Docket #26); Plaintiff having responded (Docket #29); the Court being sufficiently advised;

**IT IS HEREBY ORDERED:**

1. Defendant shall have until **December 15, 2009**, to identify experts in compliance with Fed. R. Civ. P. 26(a)(2).

2. No later than **February 1, 2010**, the parties shall complete all discovery. No discovery motion may be filed without having a joint telephonic conference with the Judge arranged through his office (270-415-6430).

3. No later than **February 15, 2010**, counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Fed. R. Evi.702 and *Daubert v. Merrell Dow Pharmaceutical, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). The party filing the last pleading in response to such motions shall notify the Court by letter to his Paducah Chambers, with copies to opposing counsel, that the motions are ripe for decision.

4. All other dates in the original scheduling order remain the same.