UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:09CV-20-R

MCI COMMUNICATIONS SERVICES, INC.,
A Delaware Corporation                                                                      PLAINTIFF

VS.

JOHN CLARK, JR., d/b/a
CLARK EXCAVATING                                                                        DEFENDANT

## SUPPLEMENTAL RULE 26(a)(2) DISCLOSURES OF DEFENDANT
## JOHN CLARK, JR., d/b/a CLARK EXCAVATING

Comes the defendant, John Clark, Jr., d/b/a Clark Excavating, by and through counsel, and provides the following Supplemental Rule 26(a)(2) Disclosures in compliance with the orders of the Court.

1. Mike Gardner, Hunter Martin & Associates, Inc.  Mr. Gardner will testify regarding a survey done on the area around where the line cut occurred. His testimony will be limited to an explanation of the survey and methodology used.  A copy will be furnished to counsel upon receipt.

2. Danny Wood, Wood Brothers Excavation.  Mr. Wood will testify as to the standard procedures for an excavator and that Mr. Clark's actions were those of a reasonable and prudent excavator.

> Respectfully submitted,
>
> BOEHL STOPHER & GRAVES, LLP
>
> /s/ Richard L. Walter
> Richard L. Walter
> Amy Harwood-Jackson
> 410 Broadway
> Paducah, KY 42001
> (270) 442-4369
> (270) 442-4689 fax
> rwalter@bsgpad.com
> aharwood@bsgpad.com
>
> ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2009, I electronically filed with the clerk of court by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to the following:

Hon. James R. Coltharp, Jr.
Whitlow Roberts Houston & Straub
PO Box 995
Paducah, KY  42002-0995

Hon. James A. Proszek
Hon. Anthony J. Jorgenson
Hon. Brandon B. Rule
Hall Estill Hardwick Gable Golden & Nelson
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706

> /s/ Richard L. Walter
> Richard L. Walter